# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Douglas D. McClain and | ) CASE NO: 14-03796-hb |
| Leslie F. McClain | ) |
| | ) ORDER DISMISSING CASE AND |
| Debtor(s). | ) RULE TO SHOW CAUSE |
| | ) |

To:   Douglas D. McClain and Leslie F. McClain

A petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by Douglas D. McClain and Leslie F. McClain on July 3, 2014. The filing appears to be in violation of the Order of Dismissal With Prejudice for 1 Year in Case Number 13-02599-hb entered on August 2, 2013; therefore, the automatic stay provided by 11 U.S.C. § 362 in this case is annulled *ab initio*, and the petition filed July 3, 2014, is hereby DISMISSED as to Debtor and Joint Debtor, subject to the Court retaining jurisdiction to consider appropriate sanctions and findings of contempt.

THEREFORE, IT IS ORDERED that Debtor and Joint Debtor in this case Douglas D. McClain and Leslie F. McClain, shall appear at the date, time and place set forth below, to show cause why sanctions or other relief should not be entered in this matter, including but not limited to, a finding of a civil contempt, certification of this matter to the District Court for a determination of criminal contempt, and, in the event of the failure on the part of the Debtor and Joint Debtor to appear before this Court, at the date, time and place set forth below to show cause, the execution by the Court of service of process to secure the presence of Debtor and Joint Debtor.

Date:   July 24, 2014

Time:   10:00 a.m.

Place:   Donald Stuart Russell Federal Courthouse, formerly, United States Courthouse
         201 Magnolia Street
         Spartanburg, South Carolina

**FILED BY THE COURT**
**07/08/2014**



Entered: 07/08/2014

US Bankruptcy Judge
District of South Carolina